**John GONZALES, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2006–3381.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of petitioner's unopposed motion to voluntarily dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Michael A. PLANTE, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2006–3371.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of Michael A. Plante's unopposed motion to voluntarily dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.